# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**JOHN ANDREWS,**

    **Plaintiff,**

                                **Civil Action No.: 2:16cv681**

**v.**

**CITY OF NORFOLK, VIRGINIA, et al,**

    **Defendants.**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal of this action, with prejudice, and with each party to bear its own costs and fees.

Respectfully submitted,

| **JOHN ANDREWS** | **CITY OF NORFOLK, et al** |
|---|---|
| By: _/s/ James H. Shoemaker, Jr._<br>      Of Counsel | By: _/s/ Michael A. Beverly_<br>      Of Counsel |
| James H. Shoemaker (VSB No. 33148)<br>Andrew J. Dean (VSB No. 88192)<br>PATTEN, WORNOM, HATTEN<br>& DIAMONSTEIN, L.C.<br>12350 Jefferson Avenue, Suite 300<br>Newport News, Virginia 23602<br>Phone: (757) 223-4580<br>Fax: (757) 223-4518<br>jshoemaker@pwhd.com<br>adean@pwhd.com<br>*Counsel for Plaintiff* | Michael A. Beverly (VSB No. 70805)<br>michael.beverly@norfolk.gov<br>Deputy City Attorney<br>Karla J. Soloria (VSB No. 82674)<br>karla.soloria@norfolk.gov<br>Assistant City Attorney<br>City Attorney's Office<br>810 Union Street<br>Norfolk, Virginia 23510<br>Phone: 757-664-4215<br>Fax: 757-664-4201<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of December, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael A. Beverly (VSB No. 70805)
michael.beverly@norfolk.gov
Deputy City Attorney
Karla J. Soloria (VSB No. 82674)
karla.soloria@norfolk.gov
Assistant City Attorney
City Attorney's Office
810 Union Street
Norfolk, Virginia 23510
Phone: 757-664-4215
Fax: 757-664-4201
*Counsel for Defendants*

          */s/ James H. Shoemaker, Jr.*
James H. Shoemaker (VSB No. 33148)
Andrew J. Dean (VSB No. 88192)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Phone: (757) 223-4580
Fax: (757) 223-4518
jshoemaker@pwhd.com
adean@pwhd.com